# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:08cv37

| | |
|---|---|
| JAMES A. GUNNINGS, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the Commissioner's Motion to Vacate Stay of Court Proceedings. Having considered the Commissioner's motion and reviewed the pleadings, and it appearing that the Appeals Council has now denied plaintiff's request for an extension of time to file this action, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Commissioner's Motion to Vacate Stay of Court Proceedings (#9) is **GRANTED,** and the previous entered **STAY** is **DISSOLVED.**

Signed: August 29, 2008

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge