# United States District Court
# For The Western District of North Carolina
# Statesville Division

JAMES A GUNNINGS, SR.,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:08CV37

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 6, 2010, Order.

                                        Signed: May 6, 2010

                                        Frank G. Johns, Clerk
                                        United States District Court